468 A.2d 839

Commonwealth v. Rivera, Appellant.

Petition for Allowance of Appeal
Denied April 18, 1984.

Submitted October 20, 1983. Stanley M. Vasiliadis, Assistant Public Defender, for appellant; John L. O'Brecht, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.